Van Doren Realty Corporation, Appellant, v. Daniel L. Svehla and Genevieve Svehla, Appellees.

Gen. No. 42,881.

opinion
filed June 16, 1944.  J. Kentner Elliott, for appellant.  Hubbard, Baker & Rice, for appellees.  Opinion by JUSTICE SULLIVAN.  Not to be published in full.